

Gary S. Lesser
Joseph B. Landy**x
Michael S. Smith*+
Glenn E. Siegel
Chad C. Hastings^
Jeffrey F. Gordon*
Steven. J. Clarfield
Joshua D. Ferraro
Samuel S. Cohen

Charles E. Geary
Of Counsel

# LESSER LESSER LANDY & SMITH PLLC
## ATTORNEYS AT LAW
- Personal Injury Law Since 1927 -
WWW.LESSERLAWFIRM.COM

West Palm Beach
(561) 655-2028
Boca Raton
(561) 367-7739
Wellington
(561) 472-8165
Stuart
(772) 283-6839

Shepard P. Lesser
(1935-2020)
Joseph H. Lesser
(1899-1982)

## PRE-LITIGATION SETTLEMENT DEMAND LETTER
## VIA CERTIFIED MAIL / RETURN RECEIPT REQUESTED

July 2, 2021

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
P.O. Box 14012
Lexington, KY   40512

Re:   Our Client:          Alica Braese
      Your Insured:        US CVS Health Corporation, CVS Pharmacy, Inc., Holiday CVS, LLC
      Claim #:             30193618803-001
      D/A:                 10/01/2019

Dear Ms. Tempinson:

This firm has completed a detailed review of our office files, exhibits, and supporting documents relating to the above-referenced matter. The following shall serve as a synopsis of the status of this case and our offer to settle the claim. It is understood that this letter and enclosures are submitted strictly for settlement purposes, for no other purpose, and must remain strictly confidential.

## LIABILITY

On October 1, 2019, Alicia Braese suffered life changing injuries while shopping at the CVS Store located on Monterey Road in Stuart, Florida. Ms. Braese was an invitee at CVS. She was there to pick up medication and to purchase a drink. After purchasing a drink, a CVS employee slammed a large stock cart into Ms. Braese's low back and ankles causing her immediate injuries. This incident was entirely the fault of CVS and its employee. CVS is legally responsible for all of Ms. Braese's injuries under Florida law.

First, Ms. Braese could do nothing to avoid being hit by this employee. Literally, Ms. Braese was shopping, minding her own business, when a large cart was slammed into her back and ankles. No fault can be attributed to Ms. Braese for the negligent actions of the CVS employee.

Exhibit 2



101 Northpoint Parkway, West Palm Beach, FL 33407
Telephone (561) 655-2028 | Facsimile (561) 655-2033
*Board Certified as a Civil Trial Lawyer by the Florida Bar +Board Certified by the National Board of Trial Advocacy
xAlso Admitted in New York   ^Also Admitted in Georgia



Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 2

Second, CVS was the employer for the employee pushing this cart. The CVS employee was in the course and scope of his employment when he negligently failed to look where he was pushing this cart. The end-result was that he slammed it into Ms. Braese hard. As a matter of law, CVS is vicariously responsible for the negligence of its employees.

Furthermore, CVS has active negligence in this matter. The company CVS should not have allowed employees at CVS to push large, tall and overloaded stock carts around the store. The stock carts in question were higher than five or six feet. There is no possible way that any normal person could see over the top of the carts to see where they were going. Absent a person carefully checking the aisles before moving these carts down the aisles, it was only a matter of time until an invitee or employee was hit by one of these carts. Moreover, these carts were all over the store.

This is a clear liability case. Ms. Braese has no comparative fault. There is no question that CVS will be held by any jury to be 100% responsible for Ms. Braese's injuries stemming from its negligent acts.



The above photo shows examples of the CVS stocking carts that were utilized in the Salerno Road CVS. These photos were taken in the middle of the day when invitees were present within

**LESSER LESSER LANDY & SMITH PLLC**
ATTORNEYS AT LAW

| West Palm Beach | Boca Raton | Stuart | Wellington |
| --- | --- | --- | --- |
| (561) 655-2028 | (561) 367-7799 | (772) 283-6839 | (561) 472-8165 |

WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 3

the store. As you can see, these are tall carts that make it impossible for employees to see what is in front of them while pushing these carts through the store.



The above photo shows that the stocking cart that hit Ms. Braese hit her directly in the back of the ankle right at her Achilles tendon. On the date of this incident, Ms. Braese had both her ankles slammed into and crushed by this cart.

[Intentionally Left Blank]

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach     Boca Raton          Stuart              Wellington
(561) 655-2028      (561) 367-7799      (772) 283-6839      (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 4



After the accident, aside from the medical records documenting that Ms. Braese had bruising to her ankles, this photograph shows that the cart literally bruised and tore skin from Ms. Braese's ankle.

[*Intentionally Left Blank*]

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach        Boca Raton           Stuart              Wellington
(561) 655-2028         (561) 367-7799       (772) 283-6839      (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 5

After this incident, on the following day, Tonya the store manager from CVS contacted Ms. Braese. The store manager left a voicemail which stated: "I just called to see how your heel is doing today. I just wanted to apologize for what happened." In the same statement from the store manager, Ms. Braese was given an apology and the store manager was clearly concerned that Ms. Braese had a real injury. The store manager stated, "Most of all, I want to make sure you are okay." As is detailed below, Ms. Braese was not okay. She suffered life changing injuries from this incident.

(See attached video demand summary attached as **Exhibit "A"**)

## MEDICAL CARE

Immediately following the incident on October 1, 2019, Ms. Braese went to the Cleveland Clinic emergency room for evaluation. She reported that she was hit in the back of her "legs" and had pain to the posterior left ankle primarily. She was having pain that radiated up into her thigh and anterior knee. She stated she was not able to weight-bear due to pain. There was pain in the back of her ankle with movement of the ankle. During examination it was noted as follows:

> "There is bruising, swelling and tenderness to palpation to posterior left ankle. Significant pain with movement of the ankle, however able to plantar and dorsiflex."

The doctors at Cleveland Clinic found that she was suffering a lot of pain. As such, she was discharged from the ER with medications of Methocarbamol and Oxycodone. She was diagnosed with ankle injury and hematoma. She was told to follow up privately outside of the hospital.

Ms. Braese first contacted Florida Ortho Care for evaluation of her left ankle. She had an appointment on October 4, 2019 with Dr. Barry Werries. She advised Dr. Werries that she was having pain from the incident in her left ankle going all the way up to her thigh, buttocks and lower back. She complained of numbness in her toes. It should be noted that she was walking with a posterior splint in approximately 20-degree plantar flexion with crutches. Dr. Werries completed a physical examination and concluded that Ms. Braese had the following diagnosis:

1. Acute left-sided low back pain, unspecified whether sciatica present - M54.5 (Primary)
2. Contusion of left ankle, subsequent encounter - S90.02XD

Dr. Werries recommended MRI studies of the ankle and lumbar spine. Further, he prescriber her Norco. He asked her to follow up in 2 weeks for an update on her status.

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 6

Ms. Braese had MRIs of the left ankle and the lumbar spine at Advanced Diagnostic Group on October 8, 2019. The results of the MRIs were as follows:

### Left Leg MRI

There is pretibial edema with patellar tendinopathy and contusion of the anterior tibia tubercle. Marrow reconversion of tibia. Bone contusion of proximal fibula. No intramuscular hematoma.

### Left Ankle MRI

Medial or lateral joint space soft tissue swelling. There is tendinopathy and tenosynovitis in the distal posterior tibial tendon as demonstrated on axis image #13 with tendinopathy of the peroneal tendons and tenosynovitis. Achilles tendinopathy with swelling and edema distally as demonstrated on axial image #13 noted. Bone contusions of the talus noted on sagittal image #9. Retrocalcaneal bursitis and small tibiotalar joint effusion.

### Lumbar Spine MRI

1. Straightening of the normal lumbar lordosis, perhaps as it relates to spasm. Clinical correlation.
2. L3-4, posterior disc bulge impinging upon the anterior thecal sac. Biforaminal disc bulge.
3. L4-5, posterior bulge impinging upon anterior thecal sac. Biforaminal disc bulge. Right extraforaminal disc herniation and annular tear with extraforaminal nerve root impingement. Bilateral lateral recess narrowing.
4. L5-S1, posterior disc bulge impinging upon the thecal sac and S1 nerve roots. Biforaminal disc bulge and narrowing. Bilateral lateral recess narrowing.

On October 18, 2019, Ms. Braese saw Action Physical Therapy for treatment. Her initial symptoms were left ankle pain. More specifically, she complained of burning / tingling pain in the left foot with aching and severe tightness in the left calf. During her examination she was found to be "hypersensitive to palpation at the mediation / lateral malleolus, Achilles tendon. She began her physical therapy of the foot and ankle with hopes the conservative care would be helpful. As therapy continued, Ms. Braese's symptoms were persistent. Further, she complained about a "lump" in the back of her ankle that was "really sore."

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 7

Based on the positive MRI of the lumbar spine, and the fact that Ms. Braese was having significant nerve related problems in her left foot, Ms. Braese was referred to Dr. Pasquale Montesano, an orthopedic surgeon for her lumbar spine. Dr. Monetesano completed his initial evaluation and recommended that Ms. Braese lumbar medial branch blocks. Ms. Braese had the branch blocks on November 4, 2019. She had the branch blocks at the Lake Worth Surgical Center.

As her therapy progressed, Ms. Braese was continuing to experience low back pain. Action Physical therapy stated on November 22, 2019 as follows:

> " A re-exam of the initial evaluation was performed today after 13 visits. She reports the following symptoms and activities have improved since she began treatment; walking, standing, climbing stairs, intensity of pain in the L calf/achilles region. The following symptoms stayed the same; NA.. The following symptoms have worsened; low back pain. On a scale from 1-10 she reports the pain is 5/10."

As such, Action PT began actively administering physical therapy for Ms. Braese's low back as well as her left ankle. Action PT referred Ms. Braese to Dr. Pasquale Montesano, an orthopedic spine surgeon to address the lumbar spine continuing problems.

On May 27, 2020, Ms. Braese saw Dr. Robert Simon at Florida Orthocare for evaluation. On this day, she was continuing to have left ankle pain, as well as lumbar spinal pain that radiated down through her legs. Dr. Simon did a physical evaluation and recommended that following:

1. Continued physical therapy;
2. Continued use of medications;
3. Continued treatment with pain management;
4. Bilateral EMG / NCV to rule out tarsal tunnel of the right and left ankles;
5. Sacroiliac injections.

Ms. Braese was given medications and advised to follow up.

On June 12, 2020, Ms. Braese was referred to Dr. Robert Friedman for EMG and Nerve Conduction Studies of her bilateral lower extremities. The results of the EMG and NCV studies were as follows:

> Normal electrodiagnostic study. There is no electrodiagnostic evidence of nerve entrapment, plantar neuropathy, or denervation.

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 8

Importantly, Dr. Simon noted that Ms. Braese was still having significant pain in her left ankle along with numbness and neurological problems despite injections and physical therapy. As such, Dr. Simon referred Ms. Braese to podiatrist, Dr. James Clancy with Orthopedic Center of Palm Beach County.

Dr. Clancy saw Ms. Braese for the first time on July 22, 2020. Ms. Braese explained that she was hit in the ankles from behind by a restocking cart at CVS. She stated she was having pain and numbness in her feet, despite conservative care and medications. Dr. Clancy reviewed the MRI films. His opinion after looking at the films was that Ms. Braese had engorgement of the posterior tibial veins, some fluid in the anterior joint line. Dr. Clancy commented that she had EMGs and NCVs, but his opinion was that they were not accurate. Dr. Clancy made a diagnosis of tarsal tunnel syndrome in the right and left lower extremities. However, he ordered a repeat NCV / EMG study for completion of his diagnosis. Finally, Dr. Clancy performed an ankle injection of a corticosteroid into her tarsal tunnel of the left ankle.

Per the recommendation of Dr. Clancy, Ms. Braese saw Dr. Charles Graubert for a repeat of the NCV and EMG study for her left leg. Dr. Graubert's findings on the NCV / EMG were as follows:

1. Electrodiagnostic evidence of a left tarsal tunnel syndrome, affecting the medial and lateral plantar nerves.
2. No electrodiagnostic evidence of a left lower extremity peripheral neuropathy.
3. No electrodiagnostic evidence of a left lumbar radiculopathy, from L1-S2.

Ms. Braese returned to see Dr. Clancy on August 20, 2020. She reported continuing severe left ankle symptoms to include numbness and pain. The steroid injection reportedly did not work. Dr. Clancy commented that the tarsal tunnel syndrome was severe. Further, he stated that the EMG / NCV was positive. Dr. Clancy asked Ms. Braese how this has affected her life. She told him:

"This problem has essentially ruined her life, she had to stop her schooling, she had to stop her job, she has gained weight and she is unable to exercise due to the constant discomfort. She feels in a mode of desperation at this point."

Based on the ongoing problems and failure of conservative care, Dr. Clancy recommended she undergo an exploratory decompression of the nerve and possibly relieve some of her pain with approximately 75% success rate. Ms. Braese agreed to the procedure.

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach         Boca Raton              Stuart                  Wellington
(561) 655-2028          (561) 367-7799          (772) 283-6839          (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 9

On September 1, 2020, Ms. Braese went to the Orthopedic Surgery Center to undergo left tarsal tunnel decompression with external neuroloysis at the medial and lateral plantar nerves surgery. Ms. Braese was placed under general anesthesia for this surgery. After the surgery, Ms. Braese was sent to the PACU and discharged with a large scar on the interior aspect of her left ankle.



LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach          Boca Raton             Stuart                Wellington
(561) 655-2028           (561) 367-7799         (772) 283-6839        (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 10

*As you can see above, the surgical scar that Dr. Clancy created to access the tarsal tunnel to decompress Ms. Braese's ankle was large. To date, Ms. Braese has a very large scar on her left ankle.*

Following the surgery, Ms. Braese saw Dr. Clancy on September 20, 2020. She was two weeks post status tarsal tunnel decompression surgery. On this date, Dr. Clancy noted that Ms. Braese had a diagnosis of tarsal tunnel syndrome on the right and left lower extremities. At this visit, Ms. Braese was fitted for a left pneumatic walking boot to stabilize her walking. Dr. Clancy removed the sutures and planned to follow up with Ms. Braese in two weeks.

Following the surgery, Ms. Braese took some time to heal. However, she was told to follow up with physical therapy with Action PT. Ms. Braese began her physical therapy on October 7, 2020. Around this time, Ms. Braese was still complaining of loss of sensation, numbness, tingling and the inability to have a normal gait. She began physical therapy with decent results. But, is was becoming evident that Ms. Braese was suffering from right foot pain that was increasingly as bad as the left foot pain.

Ms. Braese followed up with Dr. Clancy for both her left and her right ankles. From the date of the accident, until February of 2021, Ms. Braese was limping, in a boot and walking favoring her left side. Dr. Clancy began documenting that Ms. Braese was having increased symptoms similar to the left foot, in the right foot. As such, Ms. Braese was diagnosed with tarsal tunnel syndrome in the right ankle. Dr. Clancy recommended a tarsal tunnel decompression of the right ankle for Ms. Braese.

On February 12, 2021, Ms. Braese underwent right foot tarsal tunnel surgery with Dr. Clancy at the Orthopedic Surgery Center of Palm Beach County. Ms. Braese was again put under general anesthesia for this surgery. The surgery was a success.

[*Intentionally Left Blank*]

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 11



*The above photo shows the interior of Ms. Braese's right ankle post-surgery. This created another very large scar on Ms. Braese's ankle.*

Both these surgeries have left large permanent scars on the interior of Ms. Braese's ankles. Post-surgery, Dr. Clancy reported that Ms. Braese was doing better with her right foot. But, unfortunately, Ms. Braese suffered permanent nerve damage to her left foot / ankle. Dr. Clancy explained that given the permanent nerve damage, Ms. Braese could expect to have lifetime problems with prolonged standing that would affect her employment and employability. This has, in effect, caused Ms. Braese to abandon her career as a dental assistant.

(A copy of all medical records are attached herewith as **Exhibit "B"**)

## MEDICAL BILLS

Alicia Braese has incurred significant medical bills as a result of the accident caused by CVS and its employee. A complete itemization of all bills incurred, paid and still outstanding follow below:

| Provider | Amount Billed | Amount Paid / Written Off | Outstanding Balance |
|---|---|---|---|
| 1. Action Physical Therapy | $ 17,719.00 | $ 4,331.99 | $ 13,387.01 |

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 12

| | | | |
|---|---|---|---|
| 2. Advanced Diagnostic Group | $ 5,850.00 | $ 0.00 | $ 5,850.00 |
| 3. Certified Spine and Pain Care / Dr. Maldonado | $ 20,944.56 | $ 0.00 | $ 20,944.56 |
| 4. Diagnostic Imaging Service | $ 27.00 | $ 27.00 | $ 0.00 |
| 5. Florida Orthocare / Dr. Werries | $ 22,101.94 | $ 0.00 | $ 22.101.94 |
| 6. Florida Shores Brace System | $ 75.00 | $ 75.00 | $ 0.00 |
| 7. Headache and Pain Center of PB/ Dr. Friedman | $ 2,274.55 | $ 0.00 | $ 2,745.55 |
| 8. Lake Worth Surgical Center | $ 8,499.23 | $ 0.00 | $ 8,499.23 |
| 9. Martin Memorial Health South | $ 4,348.77 | $ 2,174.39 | $ 2,174.38 |
| 10. Orthopedic Center of PB County / Dr. Clancy | $ 21,863.00 | $ 635.00 | $ 21.228.00 |
| 11. Orthopedic Surgery Center of PB County | $ 27,898.95 | $ 0.00 | $ 27,898.95 |
| 12. Palm Beach Orthopedics Inst. | $ 904.00 | $ 0.00 | $ 904.00 |
| 13. Paragon Contracting Svcs., Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 14. Quest Diagnostics | $ 200.00 | $ 0.00 | $ 200.00 |
| TOTALS | $ 136,245.00 | $ 8,809.38 | $ 127,435.62 |

In addition to the above medical bills Ms. Braese owes her health insurance company, Humana a subrogation lien in the amount of **$891.08**.

(A copy of the bills and the Humana lien incurred are enclosed herewith as Composite **Exhibit "C"**).

## DAMAGES

Alicia Braese is a thirty-two (32) year old female with a life expectancy of 49.56 years. As a direct result of CVS's negligence, Ms. Braese has suffered extensive physical injuries that have greatly changed her life. Prior to this accident, Ms. Braese completed dental assistant schooling

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 13

and was on her way to take on a job for $27.00 per hour. On the day of this incident, Ms. Braese was healthy, had two children that she had no problems taking care of and was looking forward to a bright future. However, as a direct result of CVS's negligence, Ms. Braese was severely injured, suffered permanent nerve damage, underwent two major surgeries, underwent multiple injections, lost her job and continues to suffer even today.

The effect this accident has and on Ms. Braese's personal life is extensive. For the last two years, she has had to limp around the house. This has affected her ability to clean, to housekeep, to have gainful employment, to do fun things with her children and to enjoy holidays such as Christmas and Thanksgiving. Moreover, to go grocery shopping, Ms. Braese has been subjected to having to utilize the electric handicapped cart…which is typically reserved for the handicapped or elderly. Finally, simple things like dressing up and wearing high heels have become a thing of the past for Ms. Braese. Given her ankle injuries, she is now wearing sneakers and or slippers.

Prior to this incident at CVS, Ms. Braese was in school for dental assistant. However, before that she worked part time. She generated income for her family, even without her technical degree. As of 2016, Ms. Braese's income was $14,226.00. Had she worked full time as a dental assistant, making $27.00 per hour, Ms. Braese could have made up to a gross income of $56,160.00. From the date of this accident until today, Ms. Braese has lost almost two (2) years of income totaling $56,160.00 per year. Moreover, Ms. Braese will have to undergo retraining should she wish to make an income comparable to $27.00 per hour. But, post-accident, if Ms. Braese somehow could have found a desk job making what she was making in 2016, and if you assumed that somehow, despite all the pain she was in, she could have somehow held that job, her wage loss for seven (7) years from the date of the accident forward would be substantial. See below:

| Year Post Loss | Prior Income | What Alicia Could Have Made | What Alicia Lost |
|---|---|---|---|
| 2019-2020 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2020-2021 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2021-2022 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2022-2023 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2023-2024 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2024-2025 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2025-2026 | $14,226.00 | $56,160.00 | $41,934.00 |
| TOTAL INCOME LOSS FOR 7 YEARS: | | | **$293,538.00** |

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach          Boca Raton           Stuart              Wellington
(561) 655-2028          (561) 367-7799      (772) 283-6839      (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 14

However, given the medical history above, Ms. Braese holding down a part time job was unrealistic. What occurred in this case, is that Ms. Braese has been struggling through an injury, inundated with doctor appointments, and has had significant disability. It is unrealistic, given her circumstances for Ms. Braese to have held a job in the last approximate two (2) years. Therefore, her income loss, assuming she tries to do some sort of work while she is retraining for another job, would likely be as follows:

| Year Post Loss | Prior Income | What Alicia Could Have Made | What Alicia Lost |
|---|---|---|---|
| 2019-2020 | | $56,160.00 | $56,160.00 |
| 2020-2021 | | $56,160.00 | $56,160.00 |
| 2021-2022 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2022-2023 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2023-2024 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2024-2025 | $14,226.00 | $56,160.00 | $41,934.00 |
| 2025-2026 | $14,226.00 | $56,160.00 | $41,934.00 |
| TOTAL INCOME LOSS FOR 7 YEARS: | | | $321,990.00 |

Whichever way you look at this, Ms. Braese has suffered a substantial loss of income and lost earning capacity. Without question, these losses and limitations will be prevalent for Ms. Braese's entire life.

In addition to the medical expenses and other damages incurred by Alicia Braese, she also sustained other significant injuries, to wit: pain and suffering, loss of the capacity to enjoy life, and mental anguish. These damages are extensive. Ms. Braese has days where she cannot walk due to excruciating pain in her left ankle. On those days, she sits around all day. Ms. Braese cannot jet ski, it's hard for her to go boating, she can't go on adventurous amusement park rides or walk around these parks due to pain and she is stuck having to take pills upon pills every month. Needless to say, CVS has given Ms. Braese a lifetime of extensive pain, suffering and mental anguish. Alicia Braese's physical injuries and her other above-described damages are the direct result of the accident caused completely by your insured.

To date, you have represented to me that CVS has a self-insurance policy of $4,5000.000.00. At this point, Ms. Braese has authorized me to demand the amount of $2,800.000.00 to fully and finally settle this claim.

Since you have most of the documentation I have attached to this letter, we expect to receive a response from you within thirty (30) of receipt of this letter. If you need further information or documentation, do not hesitate to contact me.

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028   Boca Raton (561) 367-7799   Stuart (772) 283-6839   Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM

Tara Tempinson, Claims Adjuster
Sedgewick Claims Management Services, Inc.
July 2, 2021
Page 15

(A copy of the life expectancy tables are attached herewith as **Exhibit "D"**)

Since you have most of the documentation I have attached to this letter, we expect to receive a response from you within thirty (30) of receipt of this letter. If you need further information or documentation, do not hesitate to contact me.

Very truly yours,

*Chad C. Hastings*

Chad C. Hastings
Enclosures

cc: Alicia Braese
13450

LESSER LESSER LANDY & SMITH PLLC
ATTORNEYS AT LAW

West Palm Beach (561) 655-2028    Boca Raton (561) 367-7799    Stuart (772) 283-6839    Wellington (561) 472-8165
WWW.LESSERLAWFIRM.COM